**Electronically Filed
Supreme Court
SCWC-23-0000694
04-MAR-2026
08:26 AM
Dkt. 11 OGAC**

SCWC-23-0000694

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ANTHONY BELLAMY,
Respondent/Plaintiff-Appellant,

vs.

CITY AND COUNTY OF HONOLULU;
NICKOLAS T. HIRATA, Officer #1; DYLAN TORRES, Officer #2;
BYRON MARFIL, Officer #3; and DIANA A.P. MIRANDA, Officer #4;
in their individual capacities as Honolulu police officers,
Petitioners/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000694; CASE NO. 1CCV-21-0001403)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Nichols, assigned by reason of vacancy)

Petitioners' Application for Writ of Certiorari, filed

on January 23, 2026, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be

heard in this case.  Any party may, within ten days and pursuant

to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, March 4, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Steven R. Nichols

